of this appeal. If such stipulation is not given, the judgment should be reversed and a new trial granted, costs to abide the event. Woodward, J., concurs.

THE ADIRONDACK TRUST COMPANY, Respondent, v. THE NABOB CONSOLIDATED MINING COMPANY and STEWART MINING COMPANY, Appellants.— Orders affirmed, with costs. All concur, except Kiley, J., dissenting.

THE ADIRONDACK TRUST COMPANY, Respondent, v. THE NABOB CONSOLIDATED MINING COMPANY and STEWART MINING COMPANY, Appellants.— Order affirmed, with costs. All concur, except Kiley, J., dissenting.

MULVENA BERKOWITZ, Appellant, v. HARRY B. ROSEN, Respondent.— Judgment and order unanimously affirmed, with costs.

CONTINENTAL INSURANCE COMPANY, Appellant, v. MYRON C. WOOD, as Administrator, etc., of NATHANIEL W. CARMAN, Deceased, Appellant.— Judgment and order affirmed, with costs, under section 1317 of the Code of Civil Procedure. All concur, except Woodward and Kiley, JJ., dissenting.

ADDISON GOODRICH, Respondent, v. ARTHUR W. GOODRICH, Appellant.— Judgment unanimously affirmed, with costs.

HUBERT KELLY, Respondent, v. HOME MUTUAL FIRE INSURANCE COMPANY OF BROOME COUNTY, N. Y., Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Charges against WILLIAM J. CUNNINGHAM, Fire Battalion Chief, Appellant. COMMISSIONER OF PUBLIC SAFETY OF THE CITY OF TROY, NEW YORK, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Application and Petition of JOHN F. GALVIN and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate for and on Behalf of The City of New York, Respondent, under Chapter 724 of the Laws of 1905, and the Acts Amendatory Thereof, in the Towns of Gilboa and Conesville, County of Schoharie; Roxbury, County of Delaware; and Prattsville, County of Greene, in the State of New York, for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of the City of New York. CHESTER A. PLATNER, Claimant, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur, except Cochrane, J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of GEORGE HABBERSHAW, Respondent, for Compensation under the Workmen's Compensation Law, v. SHEPARD COMPANY, Employer, Defendant, and THE HARTFORD ACCIDENT AND INDEMNITY COMPANY, Insurance Carrier, Appellant.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by FRED CLARK, Respondent, v. ERIE RAILROAD COMPANY, Employer, Appellant.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MRS. TILLIE SCHWABE, Widow, Respondent, on Account of the